Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS STARTZMAN,

Defendant.

No. CR19-35RAJ

ORDER ON DEFENDANT'S
MOTION FOR LEAVE TO
TRAVEL TO EASTERN
WASHINGTON

THE COURT, having considered Defendant Nicholas Startzman's Motion for Permission to Travel to Eastern Washington, the Government and U.S. Probation's non-opposition, and the files and pleadings herein, and finding good cause, based on the reasons set forth in Defendant's Motion to Travel:

IT IS THEREFORE ORDERED that the motion (Dkt. #80) is GRANTED. Defendant Nicholas Startzman is hereby given permission to travel on August 16, 2019 from the Western District of Washington to Wenatchee and Ephrata, Washington, to the specific addresses provided to the Government and U.S. Probation, and return to the Western District of Washington on August 18, 2019, no later than 11:59 p.m.

DATED this 13th day of August, 2018.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge