Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS STARTZMAN,

Defendant.

No. CR19-035RAJ

ORDER ON DEFENDANT
STARTZMAN'S MOTION
FOR LEAVE TO TRAVEL
TO EASTERN WASHINGTON

THE COURT, having considered Defendant Nicholas Startzman's Unopposed Motion for Permission to Travel to Eastern Washington, the files and pleadings herein, and the non-opposition by the Government and U.S. Probation and Pretrial Services, makes the following findings:

Based upon the reasons set forth therein, Defendant Nicholas Startzman's Unopposed Motion for Permission to Travel to Eastern Washington (Dkt. #88) is GRANTED. Defendant Nicholas Startzman is hereby given permission to travel on September 12, 2019, from the Western District of Washington to Ephrata, Washington, to the specific addresses provided to the Government and U.S. Probation, and return to the Western District of Washington on September 15, 2019, no later than 11:59 p.m.

DATED this 6th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge