Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) NO. CR19-035RAJ |
| Plaintiff, | ) |
| v. | ) ORDER ON DEFENDANT'S MOTION |
| | ) FOR LEAVE TO FILE DEFENDANT'S |
| | ) SENTENCING MEMORANDUM AND |
| NICHOLAS STARTZMAN, | ) ACCOMPANYING EXHIBITS UNDER |
| | ) SEAL |
| Defendant. | ) |

THE COURT having considered Defendant Startzman's Motion to File Sentencing Memorandum and Accompanying Exhibits Under Seal for referring to and citing documents which are not in the public domain, the Court makes the following findings:

That based upon the reasons set forth in the motion to file under seal,

THE COURT ORDERS THAT Defendant Startzman's Motion to Seal (Dkt. #235) is GRANTED and that Defendant Startzman is hereby given leave to file his Sentencing Memorandum and accompanying exhibits under seal.

DATED this 24th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOTION TO SEAL - 1