The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS STARTZMAN,<br><br>    Defendant. | NO. CR19-0035-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL IN PART |

This matter comes before the Court on Defendant Nicholas Startzman's Motion to Seal Compassionate Release Motion and Exhibits.

The Court has reviewed the motion and records in this case and finds good cause has been shown to permit the filing under seal of Exhibits 2a and 2b (Defendant's medical records) due to the sensitive information contained therein. Court staff has communicated with counsel for Defendant, who represented there was no objection to the sealing of Exhibits 2a and 2b only.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #326) is GRANTED IN PART. Exhibits 2a and 2b to Defendant's Motion for Compassionate Release shall remain under seal.

DATED this 21st day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL IN PART - 1
*UNITED STATES v. STARTZMAN*
*CR19-35RAJ*