DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NICHOLAS STARTZMAN, ) <br> ) <br> Defendant. ) <br> ) | NO. CR19-0035-RAJ <br><br> ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE COMPASSIONATE RELEASE MOTION *INSTANTER* AND TO RESET SCHEDULE FOR GOVERNMENT'S RESPONSE AND DEFENDANT'S REPLY |

THE COURT having considered the motion to defendant's Motion For Leave to File Compassionate Release Motion Instanter, and to Reset the Schedule for Government's Response and Defendant's Reply, any associated files and documents and the docket, the Court hereby makes the following findings:

IT IS THEREFORE ORDERED that defendant NICHOLAS STARTZMAN is hereby given leave to file his Motion for Compassionate Release instanter. The government shall its response by November 3, 2020 and any reply from the defendant is due on November 7, 2020.  The motion shall be noted for November 13, 2020.

DATED this 21st day of October, 2020.

_____
DISTRICT JUDGE RICHARD A. JONES

ORDER ON DEFENDANT'S MOTION
FILE MOTION *INSTANTER*
(*U.S. v. Startzman*, CR19-00035-RAJ)

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com