The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:19-cr-00035-RAJ |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| NICHOLAS STARTZMAN, | |
| Defendant. | |

This matter comes before the Court on Defendant Nicholas Startzman's motion for compassionate release.  Dkt. 328.  Upon communication with counsel and the Bureau of Prisons, the Court has learned that Mr. Startzman has been released from Federal Correctional Institution Sheridan and is now in community custody at Pioneer Fellowship House.  Given his release from the custody of FCI Sheridan, Mr. Startzman's motion for compassionate release is **DENIED** as moot.

DATED this 13th day of January, 2021.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge

ORDER - 1