Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS STARTZMAN,<br><br>Defendant. | No. 2:19-cr-00035-RAJ<br><br>ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant Nicholas Startzman's Motion for Termination of Supervised Release. Having considered the motion, the Government's response, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), that termination of Mr. Startzman's supervised release is warranted by the conduct of Mr. Startzman and in the interests of justice.

IT IS THEREFORE ORDERED that the motion (Dkt. 419) is GRANTED. The term of supervised release for Mr. Startzman shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

DATED this 20th day of April, 2023.

The Honorable Richard A. Jones
United States District Judge